## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

In re Application of

EIGHTY-SEVEN HOCKEY LLC,

*Petitioner*,

Miscellaneous Case No. 22-mc-00327 (NSR)

### ORDER

Upon the Application for the Issuance of Subpoena *Ad Testificandum* and Subpoena *Duces Tecum* Pursuant to 35 U.S.C. § 24 to Eighty-Seven Hockey LLC, and the reasons delineated therein, filed by Petitioner Eighty-Seven Hockey LLC, (the "Application") it is hereby:

ORDERED that the Application is GRANTED, and it is further

ORDERED that counsel for Petitioner shall issue a copy of the Subpoena *Ad Testificandum* and Subpoena *Duces Tecum* attached as Exhibit A to the Application pursuant to Fed. R. Civ. P. 45(a)(3) and serve such executed copy on Angelo Notaro.

Clerk of Court is requested to terminate this action.

Dated: <u>November 30, 2022</u>
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/30/2022__